United States District Court
Southern District of Texas
**ENTERED**
February 16, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MELQUIADES MENDIOLA, JR., | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 1:16-cv-012 |
| | § | |
| WILLIAM STEPHENS, | § | |
| Respondent. | § | |
| | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that Mendiola's § 2254 Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DISMISSED** with prejudice, as Mendiola's Petition is malicious and duplicative of the petition he has filed in *Melquiades Mendiola, Jr. v. Williams Stephens*, 1:14-cv-00261. Further, this Court warns Mendiola that future filings of a frivolous, duplicative, or malicious nature may result in sanctions. A certificate of appealability shall not issue.

Signed on this 16th day of February, 2016.

United States District Court
Southern District of Texas
FILED

FEB 16 2016

David J. Bradley, Clerk of Court

Rolando Olvera
United States District Judge